UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE VARIOUS SOCIAL SECURITY CASES AFFECTED BY THE SIXTH CIRCUIT DECISION IN HICKS V. BERRYHILL, NO. 17-5206, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case Nos.<br><br>0:16-cv-0063-GFVT    7:16-cv-0191-GFVT<br>0:16-cv-0092-GFVT    7:16-cv-0198-GFVT<br>3:18-cv-0006-GFVT    7:16-cv-0216-GFVT<br>5:16-cv-0340-GFVT    7:16-cv-0242-GFVT<br>5:16-cv-0402-GFVT    7:16-cv-0253-GFVT<br>5:16-cv-0456-GFVT    7:16-cv-0267-GFVT<br>7:16-cv-0049-GFVT    7:16-cv-0294-GFVT<br>7:16-cv-0061-GFVT    7:16-cv-0295-GFVT<br>7:16-cv-0063-GFVT    7:17-cv-0010-GFVT<br>7:16-cv-0084-GFVT    7:17-cv-0017-GFVT<br>7:16-cv-0086-GFVT    7:17-cv-0026-GFVT<br>7:16-cv-0110-GFVT    7:17-cv-0050-GFVT<br>7:16-cv-0116-GFVT    7:17-cv-0069-GFVT<br>7:16-cv-0121-GFVT    7:17-cv-0077-GFVT<br>7:16-cv-0139-GFVT    7:17-cv-0083-GFVT<br>7:16-cv-0150-GFVT    7:17-cv-0121-GFVT<br>7:16-cv-0161-GFVT    7:17-cv-0141-GFVT<br>7:16-cv-0172-GFVT    7:17-cv-0189-GFVT<br>7:16-cv-0175-GFVT    7:18-cv-0005-GFVT<br><br><br>**JUDGMENT** |

*** *** *** ***

In accordance with the Memorandum Opinion and Order, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

1. The Commissioner's motions to remand pursuant to sentence six of 42 U.S.C. § 405 (g) are **DENIED;**

2. The Commissioner's decisions denying the plaintiffs' disability claims on redetermination are hereby **VACATED;**

3. The plaintiffs' requests to reinstate benefits pending the Commissioner's decision on remand are **GRANTED** consistent with this opinion;

4. Pursuant to sentence four of 42 U.S.C. § 405(g), these matters are **REMANDED** to the SSA for further proceedings consistent with the Sixth Circuit's decision in *Hicks v. Commissioner of Social Security*, 909 F.3d 786 (6th Cir. 2018);

5. These matters are **STRICKEN** from the active docket of this Court, to be restored to the active docket upon motion by any party for good cause shown;

6. Any pending requests for relief in these actions are **DENIED AS MOOT**; and

7. This is a **FINAL AND APPEALABLE ORDER** and there is **NO JUST CAUSE FOR DELAY**.

This the 15th day of July, 2019.

Gregory F. Van Tatenhove
United States District Judge